**No. P66/144.**—E. Miltenberg, Inc. v. United States, protests 64/4723, 64/6060, and 64/22683 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stethoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.

**No. P66/145.**—J. C. DeJong & Co., Inc. v. United States, protests 64/22434 and 65/6468 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., and Alltransport, Inc.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.

**No. P66/146.**—Levin Bros., Inc., et al. v. United States, protests 65/5275, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.